UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID BUSBY,<br><br>    Defendant. | Case No: CR 11-00188 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 17 |

The hearing on Defendant's motion to suppress is CONTINUED from October 17, 2011 to **November 7, 2011 at 11:00 a.m.** No additional briefs may be submitted in connection with the motion. The Court, in its discretion, may resolve the motion without oral argument in advance of the hearing date. Time under the Speedy Trial Act remains automatically tolled, pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: October 14, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge