UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID BUSBY,<br><br>    Defendant. | Case No: CR 11-00188 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 40 |

The hearing on Defendant's renewed motion to suppress is CONTINUED from March 6, 2012 to **March 20, 2012 at 11:00 a.m.** No additional briefs may be submitted in connection with the motion. The Court, in its discretion, may resolve the motion without oral argument in advance of the hearing date. Time under the Speedy Trial Act remains automatically tolled, pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: March 2, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge