|     |     |     |
| --- | --- | --- |
| 1   | UNITED STATES DISTRICT COURT | |
| 2   | NORTHERN DISTRICT OF CALIFORNIA | |
| 3   | OAKLAND DIVISION | |

| | |
| --- | --- |
| UNITED STATES OF AMERICA, | No. CR-11-0188 SBA |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 29, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| DAVID BUSBY | |
| Defendant. | |

The parties jointly requested that the hearing in this matter be continued from April 16, 2012 to May 29, 2012, and that time be excluded under the Speedy Trial Act between April 16, 2012 and May 29, 2012 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The defense is engaged in review of the discovery and is performing investigation. In addition, the defense forensic computer expert will be reviewing the computer systems in this case the week of May 14 and will be performing additional analysis thereafter. Additional time is needed for each of these purposes. Accordingly, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to May 29, 2012 at 10:00 a.m., and that time between April 16, 2012 and May 29, 2012 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:__4/13/12                              _Saundra B Armstrong_

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 29, 2012 AND TO EXCLUDE TIME
No. CR-11-0188 SBA