STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for DAVID BUSBY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00188 SBA |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING** |
| ) | **LEAVE TO FILE REPLY BRIEF THAT** |
| vs. ) | **EXCEEDS PAGE LIMIT** |
| ) | |
| DAVID BUSBY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    For good cause shown, the Court GRANTS defendant's motion for leave to file a reply brief that exceeds the page limit set in this Court's May 29, 2013 Order re Motions in Limine. Defendant is granted leave to file a 13-page reply brief.

    IT IS SO ORDERED.

Date: 6/17/13

                                                 _____
                                                 Hon. Saundra Brown Armstrong

BUSBY MOTION RE: PAGE LIMIT                1